IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERMAIN D. LEWIS                                              PETITIONER
ADC #161312

v.                      Case No. 5:17cv00170 JM-JTK

WENDY KELLEY, *Director*
Arkansas Department of Correction                             RESPONDENT

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 28th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE